# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION CHICAGO

| | |
|---|---|
| In Re: | Case No. 18-21623 |
| Michael Greenberg | Chapter 7 |
| Debtor. | Hon. Judge A. Benjamin Goldgar |

## NOTICE OF MOTION OF CARVANA LLC TO MODIFY AUTOMATIC STAY

**VIA ELECTRONIC NOTICE:**

   David M. Siegel, David M. Siegel & Associates, 790 Chaddick Drive, Wheeling, IL 60090

   Joseph E. Cohen, Cohen & Krol, 105 West Madison, Suite 1100, Chicago, IL 60602

**VIA U.S. MAIL:**

   Michael Greenberg, 4712 Royal Melbourne Drive, Long Grove, IL 60047

PLEASE TAKE NOTICE that on October 30, 2019, we have electronically sent for filing with the Clerk of the U.S. Bankruptcy Court, a Motion of Carvana LLC to Modify Automatic Stay, a copy of which is hereto attached.

Please take notice that on November 15, 2019 at 11:45 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable A. Benjamin Goldgar, in Park City Branch Court, 301 S. Greenleaf Avenue, Park City, IL 60085, and then and there present the attached ***Motion of Carvana LLC to Modify Automatic Stay,*** which has been electronically filed this date with the Clerk of the U.S. Bankruptcy Court for the Northern District of Illinois, a copy of which is hereby served upon you by electronic notice or U.S. Mail.

| | |
|---|---|
| Dated: October 30, 2019 | Respectfully Submitted, |
| | /s/ Jon J. Lieberman |
| | Jon J. Lieberman (OH 0058394) |
| | Sottile & Barile, Attorneys at Law |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice along with the attached Motion upon the above-named parties by electronic filing or, as noted above, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on October 30, 2019, before the hour of 5:00 p.m.

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Attorney for Movant

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION CHICAGO

| | |
|---|---|
| In Re: | Case No. 18-21623 |
| Michael Greenberg | Chapter 7 |
| Debtor. | Hon. Judge A. Benjamin Goldgar |

## MOTION OF CARVANA LLC TO MODIFY AUTOMATIC STAY

Carvana LLC (hereinafter, "Movant"), a secured creditor herein, by its attorneys, the law firm of Sottile & Barile, LLC, respectfully requests this Court, pursuant to Section 362 of the Bankruptcy Code, and such other Sections and Rules as may apply, to enter an Order modifying the automatic stay to allow Movant to take possession of its secured collateral and sell the Vehicle and apply the proceeds from such sale to the balance due from Debtor. In support thereof, Movant states as follows:

1. On August 1, 2018, Michael Greenberg ("Debtor") filed a Voluntary Petition for Relief under Chapter 7 of the Bankruptcy Code.

2. Movant is a creditor of the Debtor with respect to a certain indebtedness secured by a lien upon a 2016 JEEP CHEROKEE motor vehicle bearing a Vehicle Identification Number ("VIN") of 1C4PJMCB3GW176077 (the "Vehicle"). (Ex. "A").

3. As set forth in the Retail Installment Contract (the "Contract") attached as part of Exhibit "A", Debtor was required to tender monthly payments to Movant, each in the sum of $497.00 with an interest rate of 21.28%. (Ex. "A").

4. Debtor has failed to make required payments to Movant due on and after June 26, 2018, resulting in a default and a total outstanding balance due to Movant from Debtor in the

sum of $21,734.65. Debtor's Chapter 7 Statement of Intent states that the Debtor intends to retain the property and enter into a Reaffirmation Agreement.

5. As such, Movant seeks relief from the automatic stay so that it may take possession of and sell the Vehicle and apply the proceeds from such sale to the balance due from Debtor.

6. Debtor has not offered, and Movant is not receiving, adequate protection for its secured interest or depreciating value.

7. Debtor has no equity in the Vehicle. The value of the vehicle per NADA is $17,825.00. Movant will suffer irreparable injury, harm and damage should it be delayed in taking possession of the Vehicle and asserting its security interest therein.

8. Movant requests that Bankruptcy Rule 4001(a)(3) not apply to any Order granting this Motion

**WHEREFORE**, Movant respectfully requests that this Court enter an Order, as attached hereto, modifying the automatic stay provided by Section 362 of the Bankruptcy Code to permit Movant to take immediate possession of and assert its security interest in the 2016 JEEP CHEROKEE motor vehicle bearing a Vehicle Identification Number ("VIN") of 1C4PJMCB3GW176077; waiving the 14-day stay provided for in Bankruptcy Rule 4001(a)(3);

and, for such other, further and different relief as this Court deems just and proper.

Dated: October 30, 2019         Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant