UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| **ALYSON M. THOMAS,** | ) | Case No. 18-24684 |
| | ) | |
| | ) | Hon. **A. BENJAMIN GOLDGAR** |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE **A. BENJAMIN GOLDGAR**

NOW COMES JOSEPH E. COHEN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,266.70 as compensation and $15.30 for reimbursement of expenses, $0.00 amount of which has previously been paid.

### I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $5,167.00. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $16.70 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $1,266.70 | |

**EXHIBIT E**

## II. TRUSTEE'S EXPENSES

| | |
|---|---|
| Copies | $9.80 |
| Postage | $5.50 |
| TOTAL EXPENSES | $15.30 |

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

RESPECTFULLY SUBMITTED

DATE: September 19, 2019

/s/ Joseph E. Cohen
JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL  60602-0000

**TASKS PERFORMED BY TRUSTEE**

(Describe tasks performed and results achieved in chronological order.  Major tasks to be summarized in paragraph form.)

      JOSEPH E. COHEN was appointed Trustee on August 31, 2018.  The sole asset in this case was an unscheduled income tax refund in the amount of $5,167.00.  The Debtor turned over the refund without the necessity of obtaining a court order.  Therefore, there are no attorney fees being charged

      The Trustee is also responsible for the day to day administration of the Bankruptcy Estate.  The duties carried out by the Trustee are as follows:

1. Review of court file upon appointment of Trustee.
2. Attendance at meeting of creditors.
3. Establishment and monthly reconciliation of Trustee bank accounts.
4. Maintaining and updating data and reports located in EPIC bankruptcy software.
5. Responding to letters and telephone calls from creditors as to status of case.
6. Examination of the Debtor at first meeting of creditors.
7. Review of tax returns produced by the Debtor.
8. Review of claim docket and claims.
9. Review of books and records including bank statements.
10. Preparation of Trustee's Final Report, Application for Trustee Compensation and related documents for closing of case.
11. Attendance at Final Meeting of Creditors.
12. Preparation of Trustee's Final Account and other closing documents.

      It is estimated that the Trustee expended 8.00 hours in performing his Trustee duties.